**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6615**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RONNIE BOWMAN, a/k/a Young,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:01-cr-00349-CMC-1)

---

Submitted:  June 12, 2025                     Decided:  June 16, 2025

---

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ronnie Bowman, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Bowman appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). We review a district court's order denying a compassionate release motion for abuse of discretion. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023). We have reviewed the record and Bowman's claims, and we find no abuse of discretion. Accordingly, we affirm the district court's order. *United States v. Bowman*, No. 3:01-cr-00349-CMC-1 (D.S.C. June 11, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*